UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE EDWARDS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 11-0196 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 24, 2011 TO JULY 12, 2011 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT <br> (18 U.S.C. § 3161) |

The defendant, Jesse Edwards, represented by V. Roy Lefcourt, and the government, represented by Cynthia Frey, Assistant United States Attorney, appeared before the Honorable William Alsup on May 24, 2011 for an initial appearance. The defendant asked that the matter be continued to July 12, 2011. The Court ordered the matter be continued to July 12, 2011 for a change of plea or trial setting conference.

The parties agreed that time should be excluded under the Speedy Trial Act between May 24, 2011 and July 12, 2011 for purposes of continuity of counsel and effective preparation of counsel, in order to provide defense counsel with adequate time to review the discovery, conduct

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0196 WHA

1  an investigation, and consult with the defendant.  In addition, the defendant agrees to exclude for
2  this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that
3  granting the continuance, in order to provide defense counsel with adequate time to review the
4  discovery, conduct additional investigation, and consult with the defendant, is necessary for
5  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
6  3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a
7  continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
8  U.S.C. § 3161(h)(7)(A).

10 SO STIPULATED:

                                       MELINDA HAAG
12                                     United States Attorney

14 DATED: June 14, 2011                 /S/
                                       CYNTHIA M. FREY
15                                     Assistant United States Attorney

18 DATED: June 14, 2011                 /S/
                                       V. ROY LEFCOURT
19                                     Attorney for JESSE EDWARDS

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0196 WHA                             -2-

1   Based upon the representation of counsel and for good cause shown, the Court also finds
2   that failing to exclude the time between May 27, 2011 and July 12, 2011 would unreasonably
3   deny the defendant and counsel the reasonable time necessary for effective preparation, taking
4   into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further
5   finds that the ends of justice served by excluding the time between May 27, 2011 and July 12,
6   2011 from computation under the Speedy Trial Act outweigh the best interests of the public and
7   the defendant in a speedy trial.
8       Therefore, IT IS HEREBY ORDERED that the time between May 27, 2011 and July 12,
9   2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
10  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

13  DATED: June 15, 2011.                              _____
                                                       HONORABLE WILLIAM ALSUP
14                                                     United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0196 WHA                      -3-